UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| CAUDILL SEED & WAREHOUSE CO., INC., | ) | |
| | ) | |
| Plaintiff and | ) | |
| Counter Defendant, | ) | |
| | ) | |
| v. | ) | 4:09-cv-101-WGH-RLY |
| | ) | |
| ROSE SEEDING & SODDING, INC., and | ) | |
| MARK ROSE, Individually and as President | ) | |
| of Rose Seeding & Sodding, Inc., | ) | |
| | ) | |
| Defendants and | ) | |
| Counter Claimants. | ) | |

## ENTRY ON PLAINTIFF'S MOTION FOR JOINDER

This matter is before the Honorable William G. Hussmann, Jr., United

States Magistrate Judge,[1] on Plaintiff's Motion for Joinder filed April 4, 2011.

(Docket Nos. 175-76).  No response brief has been filed.

Plaintiff filed this motion seeking an order of the court to join certain

parties to proceedings supplemental to execution.  The parties that Plaintiff

seeks to join include 16 parties which Plaintiff alleges "fraudulently conveyed

real property was purported to have been transferred to . . . ."  (Memorandum

in Support of Plaintiff's Motion for Joinder at 2).  Plaintiff also seeks to join 18

---

[1]On August 17, 2010, the parties consented to Magistrate Judge jurisdiction in
this case.  (Docket No. 120).  Chief Judge Richard L. Young entered an Order of
Reference on August 18, 2010.  (Docket No. 121).

parties "which may have interests in the judgment defendants' property . . . ." (*Id.* at 3).

Rule 69 of the Federal Rules of Civil Procedure governs the procedures for enforcing a money judgment and explains that such procedures "must accord with the procedure of the state where the court is located . . . ." We must, therefore, examine Indiana law to determine how to enforce Plaintiff's money judgment in this case. Rule 69(E) of Indiana's Rules of Trial Procedure provides that any attempt to add named individuals as garnishees to a motion for proceedings supplemental must be "by verified motion or with affidavits." Plaintiff's Motion for Joinder does not include such a verified motion or affidavit supporting the joinder of any of the proposed parties. Furthermore, IND. CODE § 34-55-8-5 provides that only certain third parties can be joined in proceedings supplemental, including "any person, corporation (municipal or otherwise), the state, or any subdivision or agency of the state" who allegedly has property of the judgment debtor or is or will be indebted to the judgment debtor. In this case, plaintiff's Motion for Joinder does not appear to be limited to only those third parties described in § 34-55-8-5. For these reasons, Plaintiff's Motion for Joinder is **DENIED.**

  **IT IS SO ORDERED.**

**Dated:** April 26, 2011

_____
William G. Hussmann, Jr.
United States Magistrate Judge
Southern District of Indiana

**Electronic copies to:**

John T. Byrd
BYRD LAW FIRM
jbyrd@byrdlegal.com

Scott C. Byrd
BYRD LAW FIRM
sbyrd@byrdlegal.com

J. Clayton Culotta
CULOTTA & CULOTTA LLP
clay@culottalaw.com

Stephen T. Naville
LORCH & NAVILLE, LLC
snaville@lorchnaville.com

John R. Vissing
JOHN R. VISSING, LLC
jack_vissing@vissinglaw.com